STATE OF WEST VIRGINIA,

COUNTY OF HARDY, TO-WIT:

In the Circuit Court of said County,

In the OCTOBER Term 2024.

The Grand Jurors of the State of West Virginia, in and for the body of the County of Hardy, and now attending said Court, upon their oaths present:

### COUNT ONE
### Felony Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 26th day of February, 2024, in the County of Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain from Mark Rexroad any money, goods, or other property, valued at $1,000 or more, by means of any false pretense, token or representation, to wit: twenty-six thousand, one hundred eighty-two dollars and seventy cents ($26,182.70) worth of timbered logs, in violation of Chapter 61, Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and dignity of the State.

## COUNT TWO
### Conspiracy to Commit Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 26th day of February, 2024 in the County of Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with each other for the purpose of committing the felony offense of Obtaining Money or Goods by False Pretenses, and that an overt act was committed in furtherance of that conspiracy which was subsequent to the agreement and before the conspiracy terminated, to wit: did commit Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace and dignity of the State.

Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

**A TRUE BILL**

_____                _____
ASSISTANT PROSECUTING ATTORNEY                 FOREPERSON
HARDY COUNTY, WEST VIRGINIA